UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GORDON JOHNSON,

    Plaintiff,

v.                                                      Case No. 1:14-cv-672

COMMISSIONER OF SOCIAL             Hon. Ray Kent
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated:  September 29, 2015              /s/ Ray Kent
                                                      RAY KENT
                                                      United States Magistrate Judge